■ The People of the State of New York, Respondent, v Tyrone Barbato, Appellant. [709 NYS2d 457] —Appeal from a judgment of the County Court of Sullivan County (LaBuda, J.), rendered May 13, 1999, which revoked defendant's probation and imposed a term of imprisonment.

The record demonstrates that defendant pleaded guilty to a violation of probation after receiving, *inter alia*, five years' probation upon his plea of guilty to the crime of criminal possession of stolen property in the third degree. Defendant was sentenced to 1⅓ to 4 years in prison after violating his probation. Defense counsel now seeks to be relieved of his assignment as counsel for defendant on the basis that there are no nonfrivolous issues which can be raised on appeal. Upon review of the record, defense counsel's brief and the communication from defendant, we agree. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (*see, People v Cruwys*, 113 AD2d 979, *lv denied* 67 NY2d 650).

Cardona, P. J., Crew III, Spain, Graffeo and Mugglin, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.